JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAWN LOUIS GREEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRANK X. CHAVEZ, Warden,<br><br>　　　　　Respondent. | NO. ED CV 09-1463 CJC (FMO)<br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 22, 2009.

　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE